

United States Courts
Southern District of Texas
FILED

DEC 10 2022

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
Vs.
Jeremy Wayne Logan

**CRIMINAL COMPLAINT**

Case Number: **2:22-MJ-**1300

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **December 9, 2022** in **Brooks** County, in the
(Date)

Southern District of Texas, defendant, **Jeremy Wayne Logan**

did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title **8** United States Code, Section(s) **1324** .
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the
Official Title
following facts:

See Attached Affidavit of U.S. Border Patrol Agent **Michael Hibdon**

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

Signature of Complainant
**Michael Hibdon**
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

December 10, 2022                                            at        Corpus Christi, Texas
Date                                                                            City and State

**Jason B. Libby U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFADAVIT

The information contained in this report /affidavit is based upon my personal participation in the investigation, which included, but is not limited to information relayed to me by other agents and officers participating in the investigation.

**FACTS/DETAILS:**

On December 9, 2022, at approximately 10:30 a.m., a Border Patrol Agent assigned primary inspection duties at the Falfurrias, Texas United States Border Patrol checkpoint encountered a white Ford F250. The vehicle, at that time, was being operated by a subject, later identified as Jeremy Wayne Logan. Upon arriving at the primary inspection lane of the checkpoint, Logan failed to make a complete stop and continued to slowly roll until being instructed to stop. Logan failed to make eye contact with the agent during questioning. As the agent concluded the immigration inspection of Logan, the agent asked for and received consent to obtain an X-Ray of the vehicle. The agent then directed Logan to the secondary inspection area for further guidance.

Once the vehicle was in the secondary inspection area, Logan was guided through the X-Ray. It was at that point, the agent operating the X-Ray observed multiple concealed humans within the vehicle. One concealed subject was found inside of an ice chest, another underneath the truck toolbox, and two additional were discovered in the cab of the truck, and two subjects partially concealed under the backseat with their legs going through to the front seat, the same on the passenger side.

The subjects were removed and questioned regarding their citizenship. All subjects admitted to being illegally present in the United States. It was determined the subjects were citizens and nationals of El Salvador and Mexico. Logan and the four illegal alien subjects were all placed under arrest and escorted inside the checkpoint for processing.

**MIRANDA RIGHTS WARNING:** All subjects were advised of their Miranda Rights in their language of preference.

**PRINCIPAL STATEMENT:** LOGAN, Jeremy Wayne

LOGAN stated he resides in Mount Pleasant, Texas near the Dallas, Texas area. He further explained that sometime yesterday, he was propositioned to drive a pickup truck from Edinburg, Texas to Houston, Texas, by who he described as a friend named, "Chris." Chris, he claims had told him he would pay him $1000 to drive the 2003 Ford F250 back to Houston, Texas. He claims he drove down to Edinburg, Texas on December 8, 2022, and stayed at the Echo Motel on Closner Blvd in Edinburg, Texas. On today's date (12/09/2022), LOGAN explained that Chris made all the arrangements for an unknown man to drop off the 2003 white Ford F250 pickup at the Echo Motel where he was located. LOGAN claims the unknown man dropped off the pickup truck and only spoke in the Spanish language. LOGAN stated that he knew there were at least three people concealed inside the Ford F250 because he visibly saw one subject's legs concealed

under the front driver seat floor mat. He claims he never spoke with the concealed subjects. LOGAN stated that he knew people were concealed in the pickup truck, and that he was to drive the pickup truck to an unknown location in Houston, Texas. He believed "Chris" would have provided a location later, and that he would also pay him the $1000 as well. LOGAN could not explain what happened to the Dodge pickup he drove down from Mount Pleasant when further pressed for the whereabouts.

**MATERIAL WITNESS STATEMENT**: ALVAREZ-Guzman, Alejandro

ALVAREZ claims to have crossed illegally into the United States from Mexico sometime last night (12/08/2022). Subject stated that he did not know which area along the Mexican border he crossed into the United States through. He further explained that he had already paid fifteen hundred dollars to be crossed into the United States, and that he was ultimately going to Houston, Texas. ALVAREZ stated he crossed the river by walking with a group of more than five subjects. ALVAREZ stated they walked through the brush all night and was picked up this morning and loaded up into a sedan type vehicle. ALVAREZ explained that they were taken to a warehouse at an unknown location and there were multiple other subjects in that warehouse. ALVAREZ stated he was at this location for only several hours before being told by an unknown man that they would be moved from the warehouse. ALVAREZ said the unknown man told him and the other individuals that he was apprehended with to get into a truck. ALVAREZ stated he concealed himself in an ice chest in the back of the truck. When asked if ALVAREZ had a fear of being transported in such a manner, he stated that he was nervous. ALVAREZ was also asked if he was able to open the ice chest door, to which he stated he was able to. ALVAREZ stated he was told to not move and to stay quiet while he was inside the ice chest. When presented a photo lineup sheet, ALVAREZ was unable to identify LOGAN as the driver of the truck. ALVAREZ granted consent and signed consent for electronic device for his cellular phone.

**MATERIAL WITNESS STATEMENT**: HERNANDEZ-Chavez, Hazel Patricia

HERNANDEZ stated that she and her brother crossed the Rio Grande River near Reynosa, Tamaulipas last week. HERNENDEZ stated after crossing the river they walk for a few hours before being picked up by a pickup truck and taken to a trailer home. The next day HERNANDEZ states that they were taken to another house where there was a total of four people. HERNANDEZ stated they stayed there until this morning. This morning the man that had taken them to the house came to the house and told them to get in the truck that was taking them to Houston. The man lifted the seats and told them how to get in. HERNANDEZ then stated after she was under the driver's seat, she felt the principal get in the driver's seat. HERNANDEZ stated she felt scared for her life because she was so tightly squeezed under the seat. She felt she had no means of escape in case of an emergency. HERNANDEZ stated her aunt paid about fifteen thousand dollars per person. HERNANDEZ positively identified Jeremy Logan as the driver of the pickup truck in a photo lineup.

**DISPOSITION:**

The facts of this case were presented to the Assistant United States Attorney's Office who accepted Jeremy Wayne Logan for prosecution of 8 USC 1324, Alien Smuggling. ALVAREZ-Guzman, Alejandro and HERNANDEZ-Chavez, Hazel Patricia will be held as material witnesses.

Michael Hibdon
Border Patrol Agent

Submitted by reliable electronic means, sworn to signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on this day December 10, 2022.

Jason B. Libby
United States Magistrate Judge